UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CR-20403-WPD

UNITED STATES OF AMERICA,

vs.

ROBERTO VARGAS GUTIERREZ,
    a/k/a "Gavilan," and
ARISTIDES MANUEL MESA PAEZ,
    a/k/a "El Indio,"

        Defendants.
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the Indictment against the above-named defendants. The Government of Colombia has informed the United States that these two defendants are deceased.

Respectfully submitted,

*Kenneth F. Noto* for
ARIANA FAJARDO ORSHAN,
UNITED STATES ATTORNEY

cc:    U.S. Attorney (Robert Emery, AUSA)
        U.S. Marshal
        Chief Probation Officer
        Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: Sept. 16, 2020

HON. WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE